**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

| | |
|---|---|
| JANE ROE<br><br>        Plaintiff,<br><br>v.<br><br>CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT<br><br>        Defendant. | § § § § § § § § § § § § § § §   Case No.: 4:18-cv-02850 |

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE SUR-REPLY**

Pending before the Court is Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendant Cypress-Fairbanks Independent School District's Motion for Final Summary Judgment.

The Court hereby GRANTS the Motion for Leave to File Sur-Reply.

SIGNED on _____, 20\_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE